1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12    CHRISTINE SUZANNE NEY,

13              Petitioner,              1:08-CV-00019 AWI GSA HC

14        vs.                            NEW CASE NUMBER

15    DOYLE BLANEY, et al.,              _____

16              Respondents.            ORDER OF TRANSFER

17    _____/

18

19        Petitioner, a state prisoner proceeding with counsel, has filed an application for a writ of

20    habeas corpus pursuant to 28 U.S.C. § 2254.

21        Petitioner challenges a conviction from Sacramento County, which is part of the

22    Sacramento Division of the United States District Court for the Eastern District of California.

23    Therefore, the petition should have been filed in the Sacramento Division.  Pursuant to Local

24    Rule 3-120(b), a civil action which has not been commenced in the proper court may, on the

25    court's own motion, be transferred to the proper court.  Therefore, this action will be transferred

26    to the Sacramento Division.  All future pleadings shall reference the new case number and be

1

1    filed at:

2                          United States District Court
                         Eastern District of California
3                        501 "I" Street, Suite 4-200
                         Sacramento, CA 95814
4

5           Good cause appearing: IT IS HEREBY ORDERED that this action is transferred to the

6    United States District Court for the Eastern District of California sitting in Sacramento.

7                    IT IS SO ORDERED.

8      Dated:   **January 28, 2008**              _____**/s/ Gary S. Austin**_____
                                                  UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26