UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE SUZANNE NEY, | ) 2: 08-193-GW |
| | ) |
| Petitioner, | ) JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| DOYLE BLANEY, | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Memorandum Decision of the Court,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: September 27, 2011

*/s/ George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1